IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF THE** ▮▮▮▮▮▮▮▮▮▮▮▮ **and others that are stored at premises controlled by Google, LLC, a company that accepts service of legal process at 1600 Amphitheatre Parkway, Mountain View, California 94043.** | 20-4-N <br><br> **Filed Under Seal** |

**UNITED STATES' MOTION TO SEAL SEARCH WARRANT DOCUMENTS**

COMES NOW the United States, by and through its attorney, the United States Attorney for the Southern District of Alabama, and moves the Court to seal the search warrant, application, affidavit, and associated documents in the above-captioned matter for ninety (90) days.

The individuals named in the pleadings are the targets of an investigation involving, *inter alia*, wire fraud in violation of Title 18 U.S.C. § 1343. Disclosure of the search warrant documents – which pertain to an alleged violation of said statute may alert the targets and other co-conspirators to the ongoing investigation, which they do not know about or at least not fully. There is reason to believe that notification of the investigation may seriously jeopardize the investigation, including by giving the targets and or other co-conspirators an opportunity to destroy or tamper with evidence or change patterns of behavior. The United States therefore requests that the search warrant, application, affidavit, and other associated documents all be sealed for ninety (90) days. Should the investigation or need for sealing continue beyond this date, or should unsealing the matter be appropriate prior

1

to the expiration of the ninety (90) days, the United States will submit an additional motion.

WHEREFORE, the United States moves the Court to seal the case regarding the above-captioned matter for ninety (90) days.

Dated: January 17, 2020.

                                          Respectfully Submitted,

                                          RICHARD W. MOORE
                                          UNITED STATES ATTORNEY

                                    By: */s/ Alex F. Lankford, IV*
                                          Alex F. Lankford, IV
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          63 South Royal Street, Suite 600
                                          Mobile, Alabama 36602
                                          Telephone: (251) 441-5845